Good morning Judge Bea, Judge Bright and Judge DeSima. My name is Stephen Yagman and I represent the Plaintiff. First, in the Higher Numbered Appeal, which is 05-55090 at page 17, section 2, I want to withdraw that section. I think it's wrong as a matter of law. I should have done more research before I wrote that section. And with that, I have nothing to add to that. You're going to have to speak up now. You've been before me before your hair turned gray, I think, weren't you, some years ago in Los Angeles? I think so. You spoke up that time. Your Honor, did you not hear what I said? Should I repeat it? Pardon me? I'll repeat it. In the Higher Numbered Appeal, 05-55090, at page 17, section number 2 of your brief, of the brief, of the opening brief, this one with the odd-colored blue that's a little bit too dark, I withdraw section 2 because it's just incorrect. And as I said before, and not speaking loudly enough, I don't know why I wrote that, but upon reviewing these things last week, it turns out that it's just wrong, so I withdraw it. With that, I have nothing to add to what's in the papers. So if there aren't any questions, I'll just sit down. I have no questions. Thank you. Mr. Yagner. Good morning, Your Honor. I'm Michael Allen with Frenzel, Strickland, Roberts, and Lawrence counsel for the defendants and appellees in the instant case. I took a look at page 17 of the opening brief. I didn't – I'm not sure exactly what section 2 Mr. Yagner was referring to, because the page I have doesn't have any section headings on page 17. So – You don't object to him withdrawing that, do you? I don't object, but I guess it might impact, you know, what – if I, you know, any argument that I might want to make. Well, mine has two section headings, section 2 and section 3 on page 17 of the O5 appeal. The blue brief. The section heading of the section 2 says, the final judgment operated to divest the district court of jurisdiction and so forth. That's what I have on page 17. Now, maybe you have a different brief. My page 17 looks something like this, Your Honor, so it doesn't have any section heading. So I'm not exactly sure what section is being withdrawn. But unless the Court has any questions, I have nothing else to add that wasn't already mentioned in the papers. Well, what are we supposed to decide in this case? Well, there's several issues. There's two appeals. They both raise some of the same issues, and that is whether or not the plaintiffs adequately pled a Civil RICO claim. The second appeal – Let me attempt to short-circuit this. Are you satisfied to submit the issue, the appeal on the briefs, or do you wish to say anything? Your Honor, I came here to respond to any opening argument by plaintiff. I didn't hear much of an opening argument. And since there's nothing to respond to, I have nothing to respond to. And I believe we raised all the arguments we wanted to raise in our papers. So unless the Court has any questions – And since life is finite. You're right, Your Honor. Thank you very much. Thank you, Your Honor. Thank you.
judges: Bright, Tashima, Bea